

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

01-15-00644-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/28/2015 2:20:18 PM
CHRISTOPHER A. PRINE
Clerk

July 22, 2015

JANI MASELLI WOOD
ATTORNEY OF RECORD
1201 FRANKLIN ST, 13TH FLOOR
HOUSTON, TX 77002

Defendant's Name: RIGOBERTO MONRROY

Cause No: 1445254

Court: 228TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 7/17/15
**Sentence Imposed Date:** 7/17/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** JANI MASELLI

Sincerely,

S. NORRIS

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

LISA MILLS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

THE STATE OF TEXAS

MONRROY, RIGOBERTO    R3 9 8

JWEB

<sup>h</sup> District Court / County Criminal Court at Law No. 228<sup>A</sup>

Harris County, Texas

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On _____7/17/2015_____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

_____7/17/2015_____
Date

_____Attorney (Signature)_____

Rigoberto Monroy
**Defendant (Printed name)**

FILED
Chris Daniel
District Clerk

JUL 17 2015

Time:_____
Harris County, Texas

By_____
Deputy

Brenner Dunn
**Attorney (Printed name)**

24075487
**State Bar Number**

2306 Blodgett A.H, TX 77004
**Address**

(832) 377-5783
**Telephone Number**

The defendant (check all that apply):

☐ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☐ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL.**

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

Rigoberto monrroy
**Defendant (Signature)**

Rigoberto Monroy
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____071715_____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____07|7|15_____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☑ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☒ **SET** at $ ____100,000.____

☐ **TO CONTINUE** as presently set.

☐ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: _____07|7|15_____

JUDGE PRESIDING,
228 DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____ ,
HARRIS COUNTY, TEXAS

Cause No. *1445254*

**THE STATE OF TEXAS**

MONRROY, RIGOBERTO, A/K/A/ _____

728 District Court / County Criminal Court at Law No. _____

**Harris County, Texas**

### OATH OF APPOINTED ATTORNEY ON APPEAL

I, _Jani Maelli-Nooo_, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to perform my duties as appellate counsel, I will notify the Court immediately so that the Court may take the appropriate action as deemed necessary.

_____
Attorney-at-Law (Signature)

00791195/50791,9P
BAR Number / SPN

_____
Address

_____
City / State / Zip

_____
Phone

_____
FAX

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ 071715_____

By Deputy District Clerk of Harris County, Texas _____

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1445254

OFFENSE: POSS W/INT DEL 1-4

THE STATE OF TEXAS

228 DISTRICT COURT

VS.

OF

Rigoberto Monroy

HARRIS COUNTY, TEXAS

22
22
JUDGE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Rigoberto Monroy , defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

X Rigoberto Monrroy
DEFENDANT

SUBSCRIBED AND SWORN to before me, this_____day of 071715 A.D., 20____.

DEPUTY DISTRICT CLERK
228 DISTRICT COURT
HARRIS COUNTY, TEXAS

FILED
Chris Daniel
District Clerk
JUL 17 2015
Time:
By
Harris County, Texas
Deputy

## ORDER

On 071715 the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that _____ is appointed to represent defendant/appellant on appeal.

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: L. Mills , by certified mail return receipt requested.

Assistant Public Defender Assigned by HCPD
Jani Maselli Wood
Bar # 00791195 SPN # 50791195

JUDGE PRESIDING
228 DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, Jani Maselli Wood , Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

ATTORNEY (SIGNATURE)

00791195/50791198
BAR/SPN NUMBER

1201 Franklin St 13th fl.
ADDRESS

Houston    TX    77002
CITY        STATE    ZIP

713 274 6721
PHONE

FAX NUMBER

Jani
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON 071715 .

22/99

DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

 

## Cause No. 1445254

| | |
|---|---|
| THE STATE OF TEXAS | IN THE **228** DISTRICT COURT |
| v. | COUNTY CRIMINAL COURT AT LAW NO. _____ |
| MONROY, RIGOBERTO , Defendant | HARRIS COUNTY, TEXAS |

### TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

_____     071715
Judge     Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

Rigoberto Monroy     xRigoberto Monroy
_____     _____
Defendant     Defendant's Counsel

Mailing Address: _____     State Bar of Texas ID number: 24075467

Telephone number: _____     Mailing Address: 2306 Blodgett St. H, TX 77004

Fax number (if any): _____     Telephone number: (832) 377-5783

Fax number (if any): (832) 715-2492

---

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

**1st**

## 9-15-15

Court **228**

Cause No. **1445254**

### The State of Texas

MONRROY, RIGOBERTO <sup>Vs</sup>

**Date Notice Of Appeal:** 071715   7-17-15

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** M CARTER

**Court Reporter** L MILLS

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** B DUNN & D PARIS

**Attorney on Appeal** JANI WOOD

Appointed ✓ Hired _____

**Offense** POSS W/INT DELI 4G

**Jury Trial** Yes ✓ No _____

**Punishment Assessed** 4yT

**Companion Cases (If Known)** N/A

**Amount of Appeal Bond** 100K

**Appellant Confined:** Yes ✓ No _____

**Date Submitted To Appeal Section** 071715   22/997

**Deputy Clerk** _____